.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**NICKOLAUS S.,**

**Plaintiff,**

**Case No. 3:25-cv-299**

v.

**Commissioner of Social Security,**

**Magistrate Judge S. Courter M. Shimeall**

**Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.** This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on September 11, 2026, Based on the foregoing, Plaintiff's Statement of Errors (ECF No. 10) is **OVERRULED** and the Commissioner's decision is **AFFIRMED**. The Clerk is **DIRECTED** to enter judgment in favor of Defendant.

Date: September 11, 2026

**Richard W. Nagel, Clerk of Court**

By: /s/ Valerie Brown
Valerie Brown, Deputy Clerk